1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH THOMAS, | ) | 1:05-CV-1471 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | [Doc. #4] |
| | ) | |
| A. K. SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

_____Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

On November 21, 2005, Petitioner filed his petition. On December 16, 2005, Petitioner filed

a motion to dismiss the petition for writ of habeas corpus.  Pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by

filing a notice of dismissal at any time before service by the adverse party of an answer . . . ."

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil

Procedure, to the extent that they are not inconsistent with these rules, may be applied, when

appropriate, to petitions filed under these rules."

At this time, Respondent has not filed an answer to the petition for writ of habeas corpus.

1   Furthermore, the Court finds that Respondent will not suffer prejudice by a dismissal of this action.

2          Accordingly, IT IS ORDERED that the petition BE DISMISSED.

3   IT IS SO ORDERED.

4   **Dated:    February 16, 2006              /s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28